**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kelly JENKINS, Defendant—Appellant.**

No. 04–30157.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 18, 2006.

Wendy Olson, USBO—Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Teresa A. Hampton, Esq., Boise, ID, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Kelly Jenkins appeals from the 46–month sentence imposed after his guilty-plea conviction for using the Internet to

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

attempt to entice a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.